THE STATE, EX REL. JOHNSON, APPELLEE, *v.* AKRON GENERAL MEDICAL CENTER, APPELLANT; INDUSTRIAL COMMISSION OF OHIO, APPELLEE.

[Cite as State, ex rel. Johnson, *v.* Akron General Medical Ctr. (1990), 49 Ohio St. 3d 21.]

(No. 89-52—Submitted November 7, 1989—Decided February 14, 1990.)

*Cranston & Brian Co., L.P.A.,* and *Richard F. Brian,* for appellee Edna Johnson.

*Vorys, Sater, Seymour & Pease, Robert A. Minor* and *Bradley K. Sinnott,* for appellant.

*Anthony J. Celebrezze, Jr.,* attorney general, *Michael L. Squillace* and *Cheryl J. Nester,* for appellee Industrial Commission.

On authority of *State, ex rel. DeMint,* v. *Indus. Comm.* (1990), 49 Ohio St. 3d 19, 550 N.E. 2d 174, the judgment of the court of appeals is reversed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.